# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDON DONGARRA, | : | Civil No. 1:20-CV-2420 |
| Petitioner, | : | |
| v. | : | |
| E. BRADLEY, WARDEN, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 6th day of July, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction. (Doc. 1.)

2. Petitioner's motion to transfer is **DENIED**. (Doc. 21.)

3. The Clerk of Court is directed to mark this case **CLOSED**.

                                                        s/Jennifer P. Wilson
                                                        JENNIFER P. WILSON
                                                        United States District Court Judge
                                                        Middle District of Pennsylvania